[Nos. 17031-1-II; 17183-0-II.    Division Two.    May 19, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. JOEY
LEONARD COURTNEY, *Appellant.*

THE STATE OF WASHINGTON, *Respondent*, v. GERALD
BRIAN COBB, *Appellant.*

Appeals from judgments of the Superior Court for Pierce
County, Nos. 92-1-03839-2, 92-1-03838-4, D. Gary Steiner, J.,
entered April 12 and May 3, 1993. *Affirmed* by unpublished
opinion per Fleisher, J., concurred in by Seinfeld, C.J., and
Wiggins, J.

[No. 17318-2-II.    Division Two.    May 19, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. DALE CECIL
HAYS, *Appellant.*

THE STATE OF WASHINGTON, *Respondent*, v. TRINH VIET
NGUYEN, *Appellant.*

Appeal from judgments of the Superior Court for Cowlitz
County, Nos. 93-1-00151-4, 93-1-00488-2, James Warme and
Don L. McCulloch, JJ., entered July 6 and December 6, 1993.
Cause 93-1-00151-4 *reversed* and *remanded*; cause 93-1-
00488-2 *affirmed in part, reversed in part,* and *remanded* by
unpublished opinion per Morgan, J., concurred in by Sein-
feld, C.J., and Wiggins, J.

[No. 32363-6-I.    Division One.    May 22, 1995.]

JOHN W. UNDERWOOD, ET AL, *Respondents*, v. MACKIE
DESIGNS, INC., ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King
County, No. 92-2-25715-7, Marilyn R. Sellers, J., entered
April 14, 1993. *Affirmed in part* and *reversed in part* by un-
published opinion per Cox, J., concurred in by Grosse, J., and
Pekelis, J. Pro Tem.